IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHOSROV SHAPOORIAN,<br><br>Defendant. | Case No. 1:23-mj-90<br>Case No. 1:23-po-30 |

### JOINT STATUS REPORT

On May 25, 2023, the Court in case 1:23-mj-90 instructed the United States and defense counsel to meet and confer on a status date, pending the defendant's release from the hospital. ECF No. 14. The parties now submit this joint status report and request that a status conference be scheduled for Tuesday, September 26, 2023, or a similar date of the Court's preference. The parties have agreed upon an alternative disposition plan, where if the defendant remains complaint with pre-trial supervision and does not return to the CIA, the United States will dismiss without prejudice both 1:23-mj-90 and 1:23-po-30 prior to that scheduled status conference. Case 1:23-po-30 is currently scheduled for a status conference on August 24, 2023, and the United States requests that the Court reset that case to the same date that the Court chooses for the 1:23-mj-90 status conference.

This agreement takes into consideration medical information provided by defense counsel to the United States. The United States reserves the right to re-file the charges to be dismissed if the defendant again returns to the CIA without authorization.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: July 28, 2023      By:  _____/s/_____
Cameron M. Etchart
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3965
Fax: (703) 299-3980
Email: cameron.etchart@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                                             /s/
                                                    Cameron M. Etchart
                                                    Special Assistant United States Attorney